· Armetta R. WALLACE–JOHNSON,
Plaintiff–Appellant,

v.

JOHNSON COUNTY MISSOURI SHER-
IFF DEPARTMENT; City and Coun-
ty of Muskogee, Defendants–Appel-
lees.

No. 14–11183.

United States Court of Appeals,
Fifth Circuit.

Aug. 28, 2015.

Armetta R. Wallace–Johnson, Fort
Worth, TX, pro se.

Before HIGGINBOTHAM, SMITH, and
OWEN, Circuit Judges.

PER CURIAM: *

Armetta Wallace–Johnson seeks leave to
proceed *in forma pauperis* ("IFP") on ap-
peal to challenge the denial of her request
to proceed IFP in the district court. She
also moves for the appointment of appel-
late counsel.

To proceed IFP on appeal, the movant
must demonstrate financial eligibility and
the existence of a nonfrivolous appellate
issue, *Carson v. Polley*, 689 F.2d 562, 586
(5th Cir.1982), but does not need to be
absolutely destitute, *Adkins v. E.I. Du-
Pont de Nemours & Co.*, 335 U.S. 331, 339,
69 S.Ct. 85, 93 L.Ed. 43 (1948). Rather,
the proper inquiry is whether he can af-
ford the costs of litigation without undue
hardship or deprivation of life's ·necessities.
*Id.* In addition, he must demonstrate that
the appeal "involves legal points arguable
on their merits (and therefore not frivo-
lous)." *Howard v. King*, 707 F.2d 215, 220
(5th Cir.1983) (internal quotation marks
and citations omitted).

Although Wallace–Johnson .established
that she would be unable to incur the costs
of this appeal without undue hardship or
deprivation of life's necessities, she failed
to demonstrate a nonfrivolous issue on ap-
peal. *See Howard*, 707 F.2d at 220. Ac-
cordingly, the request to proceed IFP on
appeal is DENIED, and the appeal is DIS-
MISSED as frivolous. *See* 5TH CIR. R.
42.2. The motion for appointment of ap-
pellate counsel is also DENIED.

[redacted]

* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under
the limited circumstances set forth in 5TH CIR.
R. 47.5.4.